# EXHIBIT A

# COBB COUNTY BOARD OF TAX ASSESSORS
## REGULAR MEETING
April 15, 2020

The Cobb County Board of Tax Assessors met via Teleconference on April 15, 2020 for Regular Meeting.

There were present:
Roger W. Phelps, Chair
John T. Demarest, Vice Chair
Dan Post, Assessor
Carolyn Turner, Assessor
Thea Powell, Assessor
David Hammock, Attorney to Board
Stephen White, Director/Chief Appraiser
Sean Kelly, Secretary to Board
Dave Shelley, Commercial Division Manager
Matt Kaliszewski, Residential Division Manager
Kristie McClure, Residential Property Appraiser IV
Shannon Carpenter, Residential Property Appraiser III
Amanda Dooley, Adm. Specialist III

1. **CONVENE MEETING**
Chair called the meeting to order at 10:00 a.m.

2. **APPROVAL OF AGENDA**
Motion made by Vice Chair and seconded by Assessor Powell to approve agenda of the April 15, 2020 Regular Meeting and to add an item under 6. New Business, D. Notice Mail Date.
Vote: 5-0

3. **PUBLIC COMMENT**
None.

4. **APPROVAL OF MINUTES**
   A. Motion made by Vice Chair and seconded by Assessor Powell to approve minutes of the April 1, 2020 Regular Meeting, as presented.
Vote: 5-0 See information in file.

   B. Motion made by Assessor Turner and seconded by Vice Chair to approve minutes of the April 1, 2020 Appeal Review, as presented.
Vote: 5-0 See information in file.

Board of Tax Assessors – Regular Meeting – April 15, 2020
Page 2

5. **ADMINISTRATIVE CHANGES**
   A. Motion made by Assessor Turner and seconded by Assessor Post to approve Administrative Changes as presented, Page 1 – 3.
Vote: 5-0 See information in file.

6. **NEW BUSINESS**
   A. Consideration of Exemption Applications
      1. Motion made by Vice Chair and seconded by Assessor Turner to approve the Exemption Applications with Approval Recommendation, as presented.
Vote: 5-0 See information in file.

   B. Consideration of Conservation Use Breach Applications
      1. Motion made by Assessor Post and seconded by Assessor Powell to approve the CUVA Breach Applications, as presented.
Vote: 5-0 See information in file.

   C. Sterigenics Presentation
      1. The BTA recognizes that there is an environmental air quality concern surrounding the Sterigenics plant. To date, there has been limited sales/listing activity occurring within a 2-mile radius of the plant. The lack of data makes it difficult to determine the extent of this issue and its impact on property values in this area. However, the BTA feels it is appropriate to reduce residential property values across-the-board by 10% within this study area for tax year 2020 to account for the issue. This entire area will be reviewed again for tax year 2021 to determine if sufficient sales data exists to warrant further adjustments at that time.

      Motion made by Assessor Post and seconded by Vice Chair to adjust all EPD designated areas, within a 2-mile radius by 10%, including New Construction properties and excluding all properties with nominal values.

      The Board also made a unanimous vote to include reason code "EPD Identified Environmental Issue" on all 2020 notices in the EPD designated areas.
Vote: 5-0 See information in file.

Board of Tax Assessors – Regular Meeting – April 15, 2020
Page 3

---
The Board adjourned the Regular meeting for a brief recess at 11:16 a.m.
---

---
The Board reconvened the Regular meeting at 11:27 a.m.
---

      D.    Notice Mail Date
            1.    Motion made by Chair and seconded by Vice Chair to take no further action on the Notice Mail Date. The Chairman called a Special Called meeting for May 1, 2020, at 9:00 a.m. to discuss mailing dates for the Commercial, Residential, and Personal Property Notices.

Vote: 5-0

7.    A.    Managers
           Reports were reviewed and filed as presented.

      B.    Director/Chief Appraiser
           Report was reviewed and filed as presented.

      C.    Legal
           Report was reviewed and filed as presented.

Board of Tax Assessors – Regular Meeting – April 15, 2020
Page 4

With no further business, the meeting was adjourned at 12:17 p.m.

_____
Roger W. Phelps, Chair

_____
John T. Demarest, Vice Chair

_____
Dan Post, Assessor

_____
Carolyn Turner, Assessor

_____
Thea Powell, Assessor

_____
Sean Kelly, Secretary to Board

Prepared by:

_____
Amanda Dooley, Adm. Specialist III