# EXHIBIT B

**ANNUAL NOTICE OF ASSESSMENT**  PT-306 (revised May 2018)

**COBB COUNTY**
**BOARD OF TAX ASSESSORS**
P.O. Box 649
Marietta, GA 30061-0649
(770) 528-3100



R3
2020

**********AUTO**5-DIGIT 30339    664    74    195401-1 AY 0.389

**Official Tax Matter - 2020 Tax Year**
This correspondence constitutes an official notice of ad valorem assessment for the tax year shown above.

Annual Assessment Notice Date: **05/21/2020**

Last date to file a written appeal: **07/06/2020**

**\*\*\* This is not a tax bill - Do not send payment \*\*\***

County property records are available online at:
**www.cobbassessor.org**

### A

The amount of your ad valorem tax bill for the year shown above will be based on the **Appraised** (100%) and **Assessed** (40%) values specified in BOX 'B' of this notice. **You have the right to submit an appeal regarding this assessment to the County Board of Tax Assessors.** If you wish to file an appeal, you must do so in writing no later than 45 days after the date of this notice. If you do not file an appeal by this date, your right to file an appeal will be lost. Appeal forms which may be used are available at http://dor.georgia.gov/documents/property-tax-appeal-assessment-form.

At the time of filing your appeal you must select one of the following appeal methods:

(1) County Board of Equalization (value, uniformity, denial of exemption, or taxability)
(2) Arbitration (value)
(3) County Hearing Officer (value or uniformity, on non-homestead real property or wireless personal property valued, in excess of $500,000)

All documents and records used to determine the current value are available upon request. For further information regarding this assessment and filing an appeal, you may contact the county Board of Tax Assessors which is located at 736 Whitlock Avenue, Suite 200, Marietta, GA 30064 and which may be contacted by telephone at: (770) 528-3100. Your staff contacts are Appraiser Summers and Appraiser J. Smith.

Additional information on the appeal process may be obtained at http://dor.georgia.gov/property-tax-real-and-personal-property

### B

| Account Number | Property ID Number | Acreage | Tax Dist | Covenant Year | Homestead |
|---|---|---|---|---|---|
|  |  | .13 | Unincorporated | - | YES - 111 |

| Property Description | R3 - RESIDENTIAL LOTS    NBHD - 17033476 |
|---|---|
| Property Address | |

| | Taxpayer Returned Value | Previous Year Fair Market Value | Current Year Fair Market Value | Current Year Other Value |
|---|---|---|---|---|
| 100% **Appraised** Value | | 416,940 | 375,246 | |
| 40% **Assessed** Value | | 166,776 | 150,098 | |

**Reasons for Assessment Notice**
Structure value adjusted to reflect current market        Epd-identified environmental issue
Land value adjusted to reflect current market value

### C

The estimate of your ad valorem tax bill for the current year is based on the previous or most applicable year's net millage rate and the fair market value contained in this notice. The actual tax bill you receive may be more or less than this estimate. This estimate may not include all eligible exemptions.

| Taxing Authority | Other Exempt | Homestead Exempt | Net Taxable Value | Millage | Estimated Tax |
|---|---|---|---|---|---|
| COUNTY GENERAL | | 35,470 | 114,628 | .008460 | 969.75 |
| COUNTY BOND | | | 150,098 | .000130 | 19.51 |
| COUNTY FIRE | | | 150,098 | .002860 | 429.28 |
| SCHOOL GENERAL | | 10,000 | 140,098 | .018900 | 2,647.85 |
| SCHOOL BOND | | | 150,098 | .000000 | .00 |
| TOTAL COUNTY | | | | | 4,066.39 |
| STATE TOTAL | 2,000 | | 148,098 | .000000 | .00 |
| TOTAL ESTIMATE | | | | | 4,066.39 |

**Total Estimated Tax**    **$4,066.39**